1  Stephen G. Recordon (SBN 91401)
   **RECORDON & RECORDON**
2  225 Broadway, Suite 1900
   San Diego, CA  92101
3  Telephone: (619) 232-1717
   Facsimile: (619) 232-1382
4  sgrecordon@aol.com

5  Clinton Rooney (SBN 221628)
   225 Broadway, Ste. 1900
6  San Diego, CA 92101
   Telephone: (619) 234-0212
7  Facsimile: (619) 232-1382
   rooneycdi@gmail.com
8
   Attorneys for Plaintiff, MOE SALEM
9

10              UNITED STATES DISTRICT COURT

11             SOUTHERN DISTRICT OF CALIFORNIA

| MOE SALEM, | Case No: 13-CV-2484-BTM-RBB |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF CASE** |
| v. | |
| RIVERWALK HOLDINGS, LTD, NELSON & KENNARD, a partnership of Robert Scott Kennard and Donald G. Nelson, ROBERT SCOTT KENNARD, an individual, and DONALD G. NELSON, an individual, | |
| Defendants. | |

21  TO ALL PARTIES, THEIR ATTORNEYS AND THE CLERK OF THE COURT
22  HEREIN:
23        This is notification that the above action has settled in its entirety. It is
24  anticipated that the settlement terms including payment will be completed within 35
25  / / /
26  / / /
27  / / /
28  / / /

1

NOTICE OF SETTLEMENT OF CASE                              13-CV-2484-BTM-RBB

days and that the parties will be able to file the appropriate joint motion to dismiss with the Court within that time period.

**RECORDON & RECORDON**

Dated: March 18, 2014

/s/Stephen G. Recordon
Attorney for Plaintiff