Stephen G. Recordon (SBN 91401)
**RECORDON & RECORDON**
225 Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 232-1717
Facsimile: (619) 232-1382
sgrecordon@aol.com

Clinton Rooney (SBN 221628)
225 Broadway, Ste. 1900
San Diego, CA 92101
Telephone: (619) 234-0212
Facsimile: (619) 232-1382
rooneycdi@gmail.com

Attorneys for Plaintiff, MOE SALEM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOE SALEM,<br><br>             Plaintiff,<br><br>v.<br><br>RIVERWALK HOLDINGS, LTD, NELSON & KENNARD, a partnership of Robert Scott Kennard and Donald G. Nelson, ROBERT SCOTT KENNARD, an individual, and DONALD G. NELSON, an individual,<br><br>             Defendants. | Case No: 13-CV-2484-BTM-RBB<br><br>**JOINT MOTION TO DISMISS ACTION** |

IT BEING HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to FRCP41(a)(1) as a result of the settlement of this case, the parties jointly move this court to dismiss this action and all claims asserted therein with prejudice.

**RECORDON & RECORDON**

Dated: April 14, 2014                   /s/Stephen G. Recordon
                                        Attorney for Plaintiff, Moe Salem

Dated: April 14, 2014           /s/ Clinton Rooney
                                Attorney for Plaintiff, Moe Salem

**NELSON & KENNARD**

Dated: April 14, 2014           /s/ Robert Scott Kennard
                                Attorney for Defendants

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert Scott Kennard, counsel for Riverwalk Holdings, Ltd., Nelson & Kennard, Robert Scott Kennard and Donald G. Nelson, and that I have obtained Mr. Kennard's authorization to affix his electronic signature to this document.

**Recordon & Recordon**

Dated: April 14, 2014           /s/ Stephen G. Recordon
                                Attorney for Plaintiff